PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT

# SC DOCKET SHEET
## CASE NO. PC-2022-05185

| | | |
|---|---|---|
| Robert Lepage<br>v.<br>Diane Duhaime And Town of North Smithfield et al. | §<br>§<br>§<br>§<br>§ | Location: **Providence/Bristol County Superior Court**<br>Filed on: **08/29/2022**<br>US District Court Case Number: **1:22-cv-00335** |

---

### CASE INFORMATION

**Statistical Closures**
09/13/2022    Closed-Non-Trial-Unassigned-Remanded to District Court

Case Type:  **Civil Action**

Case Status:  **09/13/2022    Closed**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number            PC-2022-05185<br>Court                       Providence/Bristol County Superior Court<br>Date Assigned          08/29/2022 |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Lepage, Robert** | **PETRARCA, PETER**<br>*Retained*<br>4012731111 x000(W) |
| **Defendant** | **Dejesus Finance Director NorthSmithfield, Cynthia** | |
| | **Donovan, Detective Inspector Steven F** | |
| | **Duhaime And Town of North Smithfield, Diane** | **SMITH, MARK L.**<br>*Retained*<br>4017694120(W) |
| | **Lafferty Chief Police Detective, The Town of North Smithfield Police Tim** | |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| | **EVENTS** |
| 09/13/2022 | Closed-Non-Trial-Unassigned-Remanded to District Court |
| 09/13/2022 | Case Removed to US District Court |
| 09/12/2022 | Notice of Removal<br>*Defendants' Notice of Removal - Notice to State Court (Lepage)* |
| 09/12/2022 | Answer Filed<br>*Answer to complaint - Diane Duhaime* |
| 09/12/2022 | Entry of Appearance<br>*by Mark Smith Esq on behalf of D iane Duhaime* |
| 08/30/2022 | Summons |
| 08/29/2022 | Complaint Filed<br>*Complaint* |

*Printed on 09/13/2022 at 10:31 AM*



## STATE OF RHODE ISLAND
## AND PROVIDENCE PLANTATIONS

### CLERK'S CERTIFICATE AND TRANSMITTAL OF THE RECORD

**Case Information**

Case Caption: Robert Lepage _____ vs. Diane Duhaime and Town of North Smithfield et al.

Federal Court Case No. 1:22-cv-00335 ___ State Court Case No. PC 2022-05185

**Record Information**

Confidential:          Yes ☐      No ☑      Description: _____

Sealed documents:      Yes ☐      No ☑      Description: _____

**Certification**

I, Stephen Burke _____, Clerk of the Rhode Island Superior Court for the County of

Providence _____ do certify that the attached documents are all the documents
included in the record in the above referenced case.

Date: Sep/13/2022

Clerk:
/s/ Stephen Burke _____

Prepared by:
/s/ Victoria Reakes-Higgins _____

Page 2

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 4:13 PM
Envelope: 3783375
Reviewer: Victoria H

Case 1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 3 of 33 PageID #: 24

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered by DeSisto, Marc on 9/12/2022 at 3:58 PM EDT and filed on 9/12/2022

| | |
|---|---|
| **Case Name:** | Lepage v. Duhaime et al |
| **Case Number:** | 1:22-cv-00335 |
| **Filer:** | Tim Lafferty |
| | Cynthia DeJesus |
| | Town of North Smithfield |
| | Steven F. Donovan |
| | North Smithfield Police Department |

**Document Number:** 1

**Docket Text:**

**NEW CASE/NOTICE OF REMOVAL from Providence County Superior Court, Case Number PC-2022-05185. Filing fee $ 402, receipt number ARIDC-1793337, filed by Tim Lafferty, Cynthia DeJesus, Town of North Smithfield, Steven F. Donovan, North Smithfield Police Department. (Attachments: # (1) State Court Complaint, # (2) Notice of Removal - State Court, # (3) Civil Cover Sheet)(DeSisto, Marc)**

**1:22-cv-00335 Notice has been electronically mailed to:**

Marc DeSisto    marc@desistolaw.com, jill@desistolaw.com, kasey@desistolaw.com

**1:22-cv-00335 Notice has been delivered by other means to:**

Robert Lepage

The following document(s) are associated with this transaction:

1

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 4:13 PM
Envelope: 3783375
Reviewer: Victoria H.

Case 1:22-cv-00335-MSM-LDA   Document 5   Filed 09/13/22   Page 4 of 33 PageID #: 25

**Document description:** Main Document

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1096917572 [Date=9/12/2022] [FileNumber=1779862-0
] [106400517179d7cc4cd01fb1bbe8188f556ec61aec24bcf8a7197987aff3eb864e8
178e76c7de7d7b44df151721a38250ce21097361bd0345d690e391ce1a68a]]

**Document description:** State Court Complaint

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1096917572 [Date=9/12/2022] [FileNumber=1779862-1
] [3204e2ebf17e2574bcf5db7af39213510b1ded20c70e1119a16fc58729f5ca19283
d44d02fdc77d621d6dd331994cceb0cbd477781eb97a587f83fcb8e9e3315]]

**Document description:** Notice of Removal - State Court

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1096917572 [Date=9/12/2022] [FileNumber=1779862-2
] [1efd63b68338477c964df55c3d79b6bd0ff2ca78f46052ac6cdb0eb476d9dad3af5
57fa6d5b741c429296615e1d95a1011b869a649aaa6e29971477fc8d20592]]

**Document description:** Civil Cover Sheet

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1096917572 [Date=9/12/2022] [FileNumber=1779862-3
] [27f8d8c601dceae04108ab5f00c54433c6122de1cdf91e329a2c85c6bff61508908
20cffb261269cb9738357d4df9fd86f90b38a4d0d919637dfa4405fa4c7fe]]

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 4:13 PM
Envelope: 3783375
Reviewer: Victoria H

1:22-CV-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 5 of 33 PageID #: 26

STATE OF RHODE ISLAND                          SUPERIOR COURT
PROVIDENCE, SC.

ROBERT LEPAGE
    *Plaintiff,*

v.                                             C.A. No. PC-2022-05185

DIANE DUHAIME AND TOWN OF
NORTH SMITHFIELD AND CYNTHIA
DEJESUS in her capacity as Finance
Director of the Town of North Smithfield
THE NORTH SMITHFIELD POLICE
DEPARTMENT TIM LAFFERTY
In his capacity as Chief of Police
And DETECTIVE INSPECTOR
STEVEN F. DONOVAN
    *Defendants.*

## <u>NOTICE OF FILING PETITION FOR REMOVAL</u>

**TO:**    **Clerk's Office**               **(See also those listed under**
          **Providence County Superior Court**    **Certification of Service)**
          **Licht Judicial Complex**
          **Providence, RI 02903**

Please take notice that Defendant – Town of North Smithfield and Cynthia DeJesus in her capacity as Finance Director of the Town of North Smithfield, The North Smithfield Police Department, Tim Lafferty in his capacity as Chief of Police and Detective Inspector Steven F. Donovan (hereinafter "North Smithfield Defendants") and Diane Duhaime, have this day filed in the United States District Court for the District of Rhode Island a Notice of Removal of the above-entitled action from the Providence County Superior Court to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated this 12th day of September 2022.

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 5:13 PM
Envelope: 3783375
Reviewer: Victoria H.

1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 6 of 33 PageID #: 27

*Lepage v. North Smithfield, et al.*
*C.A. No. PC-2022-05185*

North Smithfield Defendants,
By their Attorney,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
(401) 272-4442
marc@desistolaw.com

Defendant - Diane Duhaime,
By her Attorney,

*/s/ Mark L. Smith*
Mark L. Smith, Esq. (#0676)
Law Offices of Mark L. Smith
191 Social Street, Suite 470
Woonsocket, RI 02895
(401) 769-4120
lawmls@aol.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 12th day of September 2022, the within document has been e-filed and served through the Superior Court's Electronic Filing System and is available for viewing and downloading from the Court's EFS system. In addition, service on the counsel of record, as listed below, will be effectuated by electronic means:

Peter J. Petrarca, Esq. (#6137)
peter@petrarcalaw.com

Mark L. Smith, Esq. (#0676)
lawmls@aol.com
mark@bowtielawyer.com

*/s/ Marc DeSisto*

Page 2 of 2

STATE OF RHODE ISLAND     SUPERIOR COURT
PROVIDENCE, S.C.

| | |
|---|---|
| **ROBERT LEPAGE** | : |
| | : |
| **v.** | : **C.A. NO.: PC-** 2022-05185 |
| | : |
| **DIANE DUHAIME AND TOWN OF** | : |
| **NORTH SMITHFIELD AND CYNTHIA** | : |
| **DEJESUS in her capacity as Finance** | : |
| **Director of the Town of North Smithfield** | : |
| **THE NORTH SMITHFIELD POLICE** | : |
| **DEPARTMENT TIM LAFFERTY** | : |
| **In his capacity as chief of police** | : |
| **& DETECTIVE** | : |
| **INSPECTOR STEVEN F DONOVAN** | : |

## COMPLAINT

## PARTIES

1. Plaintiff Robert Lepage is a resident of North Smithfield, Rhode Island.

**Answer: The defendant admits this allegation.**

2. Defendant Diane Duhaime is a resident of North Smithfield, Rhode Island.

**Answer: The defendant admits this allegation.**

3. Defendant Town of North Smithfield is a municipality and a local government subdivision in the State of Rhode Island created and existing by the laws of Rhode Island.

**Answer: The defendant admits this allegation.**

4. Defendant Cynthia Dejesus is the named Finance Director for the Town of North Smithfield

**Answer: The defendant admits this allegation.**

5. Defendant North Smithfield Police Department is a department of the Town of North Smithfield and its chief is Tim Lafferty

**Answer: The defendant admits this allegation.**

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 5:36 AM
Envelope: 3781657
Reviewer: Victoria H

1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 8 of 33 PageID #: 29

6. Defendant Detective Inspector Steven F Donovan at all times relevant hereto was/ is a employee of the North Smithfield Police Department.

**Answer: The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.**

## CAUSE OF ACTION

7. Plaintiff is the owner and in possession and control and improvements of 270 Mechanic Street, North Smithfield, RI and more specifically described to accessors to lot 100.

**Answer: The defendant admits this allegation.**

8. Defendant Diane Duhaime is the owner and is in possession and control of real property and improvements located at 284 Mechanic Street, North Smithfield, Rhode Island more specifically described as accessors plot 2 lot 101.

**Answer: The defendant admits this allegation.**

9. The above-described properties of Plaintiff and Defendant adjoined each other at the southeast boundary of plaintiff's property and the northeast boundary of the defendant's property. The true and correct boundary line between the properties of plaintiff and defendant runs along that boundary line. Defendant claims an interest in the above-described property by disputing and denying that the true and correct boundary line between the properties of plaintiff and defendant

**Answer: The defendant admits that the properties adjoin one another. The defendant denies the remainder of this allegation.**

10. Plaintiff is informed believes and therefore alleges that the defendant contends that the true and correct boundary lines between the properties of the plaintiff and defendant runs as follows: line of seven trees all inside her property line. The claim of the defendant is without any right whatsoever and the defendant has no right estate, title, or interest in the above-described property of plaintiff or any part of it.

**Answer: The defendant denies this allegation.**

11. In or about January 12, 2019, Diane Duhaime filed a complaint with the North Smithfield Police regarding the line of seven trees and claimed that the Plaintiff had vandalized her trees.

**Answer: The defendant admits this allegation.**

12. She did so with absolutely no evidence of an ownership interest in the property she claimed was vandalized.

**Answer: The defendant denies this allegation.**

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 5:36 AM
Envelope: 3781657
Reviewer: Victoria H

1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 9 of 33 PageID #: 30

13. On April 23, 2019, Plaintiff was arrested by the North Smithfield Police Department for malicious injury or destroy write upon, paint, or otherwise deface a property of another.

**Answer: The defendant admits that the plaintiff was arrested by the North Smithfield Police Department.**

14. The case was filed in the third division district court under case number 31-2019-04692. This matter was transferred to the Superior Court under case number P3-2019-4042A and dismissed on January 8, 2020.

**Answer: The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.**

15. On January 23, 2020, the exact same charge was refiled under case number 31-2020-00852 with an offense date of January 12, 2019.

**Answer: The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.**

16. The Plaintiff was once again arraigned on the charge on January 30, 2020.

**Answer: The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.**

17. This matter was again transferred to Superior Court under case number P3-2020-0601A where it stayed open until May 9, 2022, when it was finally dismissed.

**Answer: The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.**

18. The police department had absolutely no evidence whatsoever that the Defendant owned the property, namely trees that she claimed were vandalized by the Plaintiff

**Answer: The defendant denies this allegation.**

19. Plaintiff, Robert Lepage was forced to hire attorneys and spend substantial amounts of money on his defense until May 9, 2022, when the attorney general's office dismissed said complaint.

**Answer: The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.**

20. From the onset of the dispute, the North Smithfield Police Department unequivocally knew that there was no evidence that the property that was vandalize was owned by Diane Duhaime.

**Answer: The defendant denies this allegation.**

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 8:36 AM
Envelope: 3781657
Reviewer: Victoria H

Case 1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 10 of 33 PageID #: 31

21. The Town of North Smithfield through its Police Department and Defendant Steven F. Donovan are legally responsible for the incident, unlawful conduct, injuries and damages alleged by personally participating in the unlawful conduct, or acting jointly or conspiring with others to act, by authorizing or allowing, explicitly or implicitly actions or omissions that led to the unlawful conduct , by failing to take action to prevent the unlawful conduct.

**Answer: The defendant denies this allegation.**

22. At all times mentioned hereto Defendant Steven F. Donovan was an agent, employee, of the Town of North Smithfield and at all times , Defendant Donovan was acting within the course and scope of that relationship as a police officer

**Answer: The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.**

23. In doing the acts and/or omissions alleged, each Defendant acted under color of authority and color of State law at all times.

**Answer: The defendant is without knowledge or information sufficient to form a belief as to the truth of this averment.**

COUNT I
MALICIOUS PROSECUTION  AS TO DIANE DUHAIME

24. Plaintiff re-alleges and re-avers paragraphs 1-22 of his complaint as if fully set forth herein.

**Answer: The defendant incorporates her previous answers in response to this allegation.**

25. The Defendant by filing a frivolous complaint with the North Smithfield police department has caused harm to the Plaintiff's wellbeing, reputation in the community and financial stability.

**Answer: The defendant denies this allegation.**

26. The willful intentional acts of this Defendant constitutes malicious prosecution, false imprisonment, false arrest, intentional infliction of emotional distress and libel and slander.

**Answer: The defendant denies this allegation.**

27. The Defendant's actions rise to the level of criminality to wit punitive damages are appropriate.

**Answer: The defendant denies this allegation.**

WHEREFORE Defendant prays that this complaint be dismissed and judgment enter for the defendant.

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 8:36 AM
Envelope: 3781657
Reviewer: Victoria H

Case 1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 11 of 33 PageID #: 32

COUNT II
MALICIOUS PROSECUTION  42 U.S.C.S § 1983
North Smithfield Police Department

28. Plaintiff re-alleges and re-avers paragraphs 1-22 of his complaint as if fully set forth herein.

**Answer: The defendant incorporates her previous answers in response to this allegation.**

29. The Town of North Smithfield through its Police Department and Defendant Steven F. Donovan have deprived the Plaintiff of his constitutional rights

**Answer: No response is necessary to this allegation because it is filed against a co-defendant; to the extent a response is required the defendant denies this allegation.**

30. Defendants' misconduct violated Plaintiff's right to be free from unreasonable seizure as guaranteed by the 4th and 14th amendments of the Rhode Island and United States Constitutions

**Answer: No response is necessary to this allegation because it is filed against a co-defendant; to the extent a response is required the defendant denies this allegation.**

31. Defendants' misconduct directly and proximately caused Plaintiff to suffer injury including shock, extreme emotional distress and humiliation, assault and battery and false imprisonment.

**Answer: No response is necessary to this allegation because it is filed against a co-defendant; to the extent a response is required the defendant denies this allegation.**

WHEREFORE Plaintiff asks to Honorable Court to award him compensatory damages, punitive damages, and attorney's fees as well as any other relief this Court deems appropriate.

COUNT III
MALICIOUS PROSECUTION  42 U.S.C.S § 1983
Officer Stephen Donovan

32. Plaintiff re-alleges and re-avers paragraphs 1-22 of his complaint as if fully set forth herein.

**Answer: The defendant incorporates her previous answers in response to this allegation.**

33. The Town of North Smithfield through its Police Department and Defendant Steven F. Donovan have deprived the Plaintiff of his constitutional rights

**Answer: No response is necessary to this allegation because it is filed against a co-defendant; to the extent a response is required the defendant denies this allegation.**

34. Defendants' misconduct violated Plaintiff's right to be free from unreasonable seizure as guaranteed by the 4th and 14th amendments of the Rhode Island and United States Constitutions

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 8:36 AM
Envelope: 3781657
Reviewer: Victoria H

Case 1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 12 of 33 PageID #: 33

**Answer: No response is necessary to this allegation because it is filed against a co-defendant; to the extent a response is required the defendant denies this allegation.**

35. Defendants' misconduct directly and proximately caused Plaintiff to suffer injury including shock, extreme emotional distress and humiliation, assault and battery and false imprisonment.

**Answer: No response is necessary to this allegation because it is filed against a co-defendant; to the extent a response is required the defendant denies this allegation.**

WHEREFORE, Defendant prays that this complaint be dismissed and judgment enter for the defendant.

COUNT IV
FALSE ARREST  42 U.S.C.S § 1983
North Smithfield Police Department

36. Plaintiff re-alleges and re-avers paragraphs 1-22 of his complaint as if fully set forth herein.

**Answer: The defendant incorporates her previous answers in response to this allegation.**

37. The Town of North Smithfield through its Police Department and Defendant Steven F. Donovan have deprived the Plaintiff of his constitutional rights

**Answer: No response is necessary to this allegation because it is filed against a co-defendant; to the extent a response is required the defendant denies this allegation.**

38. Defendants' misconduct violated Plaintiff's right to be free from unreasonable seizure as guaranteed by the 4th and 14th amendments of the Rhode Island and United States Constitutions

**Answer: No response is necessary to this allegation because it is filed against a co-defendant; to the extent a response is required the defendant denies this allegation.**

39. Defendants' misconduct directly and proximately caused Plaintiff to suffer injury including shock, extreme emotional distress and humiliation, assault and battery and false imprisonment.

**Answer: No response is necessary to this allegation because it is filed against a co-defendant; to the extent a response is required the defendant denies this allegation.**

WHEREFORE Defendant prays that this complaint be dismissed and judgment enter for the defendant.

**AFFIRMATIVE DEFENSES**

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 8:36 AM
Envelope: 3781657
Reviewer: Victoria H

Case 1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 13 of 33 PageID #: 34

The Defendant raises the following affirmative defenses in accordance with R. Civ. Proc. 8 ( c) and 12:

1) Laches

2) Statute of Limitations

3) Insufficiency of process

4) Insufficiency of service of process

5) Failure to state a claim upon which relief can be granted

Defendant
By his attorney,

*/s/ Mark L. Smith*

Mark L. Smith (#0676)
Suite 470 191 Social Street
Woonsocket, Rhode Island 02895
Tel  401-769-4120
Fax 401-597-0997
email lawmls@aol.com

NOTICE TO:  Petrarca & Petrarca Law Office
Peter J. Petrarca, Esquire #6137
330 Silver Spring Street
Providence, RI 02904
Tel: (401) 273-1111
Fax: (401) 621-2225

## **CERTIFICATION**

I hereby certify that on September 12, 2022:

__X__  I served this document through the electronic filing system on the following parties: the above named counsel.

This document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 8:36 AM
Envelope: 3781657
Reviewer: Victoria H

/s/ 𝔐𝔞𝔯𝔨 𝔏. 𝔖𝔪𝔦𝔱𝔥

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 9/12/2022 8:36 AM
Envelope: 3781657
Reviewer: Victoria H

Case 1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 15 of 33 PageID #: 36

# STATE OF RHODE ISLAND

☐ SUPREME COURT   ☑ SUPERIOR COURT   ☐ FAMILY COURT   ☐ DISTRICT COURT

☑ Providence/Bristol County or Sixth Division   ☐ Washington County or Fourth Division
☐ Kent County or Third Division ☐ Newport County or Second Division

| | |
|---|---|
| **Plaintiff**<br>ROBERT LEPAGE | **Civil Action File Number**<br>PC-2022-05185 |
| **Defendant**<br>DIANE DUHAIME | |

## ENTRY OF APPEARANCE – CIVIL CASES

I hereby enter my appearance for the ☐ Plaintiff/Petitioner ☑ Defendant/Respondent
Diane Duhaime                                                                .

/s/ Mark L. Smith                                    0676
  Attorney Name or Self-represented Litigant        Rhode Island Bar Number

191 Social Street, Suite 470, Woonsocket, Rhode Island 02895
Address

401-769-4120                                        401-578-9344
Telephone Number                                    Cell Telephone Number

lawmls@aol.com
Email Address

9-12-2022
Date

## CERTIFICATE OF SERVICE

I hereby certify that, on the 12th____ day of September_____, 20 22___:
  ☐ I filed and served this document through the electronic filing system on the following parties:
_____.
The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

  ☑ I served this document through the electronic filing system on the following parties:
Plaintiff's counsel                                                          .
The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

  ☐ I mailed or ☐ hand-delivered this document to the attorney for the opposing party and/or the opposing party if self-represented, whose name is _____
at the following address _____.

                      /s/ Mark L. Smith_____
                             Name

CC-11 (revised June 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2022-05185 |
| **Plaintiff**<br>Robert Lepage<br> v.<br>Diane Duhaime And Town of North Smithfield et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Peter Petrarca |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>330 SILVER SPRING ST<br>PROVIDENCE RI  02904 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>575 Smithfield Road<br>North Smithfield RI  02896 |

**TO THE DEFENDANT, The Town of North Smithfield Police Tim Lafferty Chief Police Detective:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 8/30/2022. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

# SUPERIOR COURT

| **Plaintiff**<br>Robert Lepage<br> v.<br>Diane Duhaime And Town of North Smithfield et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2022-05185 |
| --- | --- |

---

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, The Town of North Smithfield Police Tim Lafferty Chief Police Detective, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person of suitable age and discretion _____
   Address of dwelling house or usual place of abode _____
   _____
   Age _____
   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

   _____

☐ With a guardian or conservator of the Defendant.
   Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ I was unable to make service after the following reasonable attempts: _____
_____

| SERVICE DATE:  _____/_____/_____ | SERVICE FEE $_____ |
| Month     Day     Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
 Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2022-05185 |
| **Plaintiff**<br>Robert Lepage<br> v.<br>Diane Duhaime And Town of North Smithfield et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Peter Petrarca<br>**Address of the Plaintiff's Attorney or the Plaintiff**<br>330 SILVER SPRING ST<br>PROVIDENCE RI 02904 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>284 Mechanic Street<br>North Smithfield RI 02896 |

**TO THE DEFENDANT, Diane Duhaime And Town of North Smithfield:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 8/30/2022. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Robert Lepage<br> v.<br>Diane Duhaime And Town of North Smithfield et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2022-05185 |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Diane Duhaime And Town of North Smithfield, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

_____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name  of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
   Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts: _____
   _____

| SERVICE DATE:  _____/_____/_____ | SERVICE FEE $ _____ |
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or  ☐  proved  to  the  notary  through  satisfactory  evidence  of  identification,  which  was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2022-05185 |
| **Plaintiff**<br>Robert Lepage<br> v.<br>Diane Duhaime And Town of North Smithfield et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Peter Petrarca |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>330 SILVER SPRING ST<br>PROVIDENCE RI 02904 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>83 Greene Street<br>North Smithfield RI 02896 |

**TO THE DEFENDANT, Cynthia Dejesus Finance Director NorthSmithfield:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 8/30/2022. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff**<br>Robert Lepage<br> v.<br>Diane Duhaime And Town of North Smithfield et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2022-05185 |
| --- | --- |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Cynthia Dejesus Finance Director NorthSmithfield, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

_____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name  of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
   Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____

   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

   _____

☐ I was unable to make service after the following reasonable attempts: _____

   _____

| SERVICE DATE: _____/_____/_____<br>Month    Day    Year | SERVICE FEE $ _____ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2022-05185 |
| **Plaintiff**<br>Robert Lepage<br> v.<br>Diane Duhaime And Town of North Smithfield et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Peter Petrarca |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>330 SILVER SPRING ST<br>PROVIDENCE RI 02904 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>575 Smithfield Road<br>North Smithfield RI 02896 |

**TO THE DEFENDANT, Detective Inspector Steven F Donovan:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 8/30/2022. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

# SUPERIOR COURT

| **Plaintiff**<br>Robert Lepage<br> v.<br>Diane Duhaime And Town of North Smithfield et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2022-05185 |
|---|---|

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Detective Inspector Steven F Donovan, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE: _____/_____/_____ <br> Month    Day    Year | SERVICE FEE $_____ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 8/29/2022 3:25 PM
Envelope: 3765358
Reviewer: Andrew D.

Case 1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 28 of 33 PageID #: 49

**STATE OF RHODE ISLAND**                    **SUPERIOR COURT**
**PROVIDENCE, S.C.**


**ROBERT LEPAGE**                          :
**v.**                                      :          **C.A. NO.: PC-**
                                            :
**DIANE DUHAIME AND TOWN OF**              :
**NORTH SMITHFIELD AND CYNTHIA** :
**DEJESUS in her capacity as Finance**     :
**Director of the Town of North Smithfield** :
**THE NORTH SMITHFIELD POLICE**            :
**DEPARTMENT TIM LAFFERTY**                :
**In his capacity as chief of police**      :
**& DETECTIVE**                             :
**INSPECTOR STEVEN F DONOVAN**             :

## **COMPLAINT**

## **PARTIES**

1. Plaintiff Robert Lepage is a resident of North Smithfield, Rhode Island.

2. Defendant Diane Duhaime is a resident of North Smithfield, Rhode Island.

3. Defendant Town of North Smithfield is a municipality and a local government subdivision in the State of Rhode Island created and existing by the laws of Rhode Island.

4. Defendant Cynthia Dejesus is the named Finance Director for the Town of North Smithfield

5. Defendant North Smithfield Police Department is a department of the Town of North Smithfield and its chief is Tim Lafferty

6. Defendant Detective Inspector Steven F Donovan at all times relevant hereto was/ is a employee of the North Smithfield Police Department.

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 8/29/2022 3:25 PM
Envelope: 3765358
Reviewer: Andrew D.

Case 1:22-cv-00335-MSM-LDA   Document 5   Filed 09/13/22   Page 29 of 33 PageID #: 50

## <u>CAUSE OF ACTION</u>

7. Plaintiff is the owner and in possession and control and improvements of 270 Mechanic Street, North Smithfield, RI and more specifically described to accessors to lot 100.

8. Defendant Diane Duhaime is the  owner and is in possession and control of real property and improvements located at 284 Mechanic Street, North Smithfield, Rhode Island more specifically described as accessors plot 2 lot 101.

9. The above-described properties of Plaintiff and Defendant adjoined each other at the southeast boundary of plaintiff's property and the northeast boundary of the defendant's property. The true and correct boundary line between the properties of plaintiff and defendant runs along that boundary line. Defendant claims an interest in the above-described property by disputing and denying that the true and correct boundary line between the properties of plaintiff and defendant run ad described in paragraph 5 of this complaint.

10. Plaintiff is informed believes and therefore alleges that the defendant contends that the true and correct boundary lines between the properties  of the plaintiff and defendant runs as follows: line of seven trees all inside her property line. The claim of the defendant is without any right whatsoever and the defendant has no right estate, title, or interest in the above-described property of plaintiff or any part of it.

11. In or about January 12, 2019, Diane Duhaime filed a complaint with the North Smithfield Police regarding the line of seven trees and claimed that the Plaintiff had vandalized her trees.

12. She did so with absolutely no evidence of an ownership interest in the property she claimed was vandalized.

13. On April 23, 2019, Plaintiff was arrested by the North Smithfield Police Department for malicious injury or destroy write upon, paint, or otherwise deface a property of another.

14. The case was filed in the third division district court under case number 31-2019-04692. This matter was transferred to the Superior Court under case number P3-2019-4042A and dismissed on January 8, 2020.

15. On January 23, 2020, the exact same charge was refiled under case number 31-2020-00852 with an offense date of January 12, 2019.

16. The Plaintiff was once again arraigned on the charge on January 30, 2020.

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 8/29/2022 3:25 PM
Envelope: 3765358
Reviewer: Andrew D.

Case 1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 30 of 33 PageID #: 51

17. This matter was again transferred to Superior Court under case number P3-2020-0601A where it stayed open until May 9, 2022, when it was finally dismissed.

18. The police department had absolutely no evidence whatsoever that the Defendant owned the property, namely trees that she claimed were vandalized by the Plaintiff

19. Plaintiff, Robert Lepage was forced to hire attorneys and spend substantial amounts of money on his defense until May 9, 2022, when the attorney general's office dismissed said complaint.

20. From the onset of the dispute, the North Smithfield Police Department unequivocally knew that there was no evidence that the property that was vandalize was owned by Diane Duhaime.

21. The Town of North Smithfield through its Police Department and Defendant Steven F. Donovan are legally responsible for the incident, unlawful conduct, injuries and damages alleged by personally participating in the unlawful conduct, or acting jointly or conspiring with others to act, by authorizing or allowing, explicitly or implicitly actions or omissions that led to the unlawful conduct , by failing to take action to prevent the unlawful conduct.

22. At all times mentioned hereto Defendant Steven F. Donovan was an agent, employee, of the Town of North Smithfield and at all times , Defendant Donovan was acting within the course and scope of that relationship as a police officer

23. In doing the acts and/or omissions alleged, each Defendant acted under color of authority and color of State law at all times.

COUNT I
MALICIOUS PROSECUTION
AS TO DIANE DUHAIME

24. Plaintiff re-alleges and re-avers paragraphs 1-22 of his complaint as if fully set forth herein.

25. The Defendant by filing a frivolous complaint with the North Smithfield police department has caused harm to the Plaintiff's wellbeing, reputation in the community and financial stability.

26. The willful intentional acts of this Defendant constitutes malicious prosecution, false imprisonment, false arrest, intentional infliction of emotional distress and libel and slander.

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 8/29/2022 3:25 PM
Envelope: 3765358
Reviewer: Andrew D.

1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 31 of 33 PageID #: 52

27. The Defendant's actions rise to the level of criminality to wit punitive damages are appropriate.

WHEREFORE Plaintiff asks to Honorable Court to award him compensatory damages, punitive damages, and attorney's fees as well as any other relief this Court deems appropriate.

## COUNT II
### MALICIOUS PROSECUTION
### 42 U.S.C.S § 1983
### North Smithfield Police Department

28. Plaintiff re-alleges and re-avers paragraphs 1-22 of his complaint as if fully set forth herein.

29. The Town of North Smithfield through its Police Department and Defendant Steven F. Donovan have deprived the Plaintiff of his constitutional rights

30. Defendants' misconduct violated Plaintiff's right to be free from unreasonable seizure as guaranteed by the 4th and 14th amendments of the Rhode Island and United States Constitutions

31. Defendants' misconduct directly and proximately caused Plaintiff to suffer injury including shock, extreme emotional distress and humiliation, assault and battery and false imprisonment.

WHEREFORE Plaintiff asks to Honorable Court to award him compensatory damages, punitive damages, and attorney's fees as well as any other relief this Court deems appropriate.

## COUNT III
### MALICIOUS PROSECUTION
### 42 U.S.C.S § 1983
### Officer Stephen Donovan

32. Plaintiff re-alleges and re-avers paragraphs 1-22 of his complaint as if fully set forth herein.

33. The Town of North Smithfield through its Police Department and Defendant Steven F. Donovan have deprived the Plaintiff of his constitutional rights

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 8/29/2022 3:25 PM
Envelope: 3765358
Reviewer: Andrew D.

Case 1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 32 of 33 PageID #: 53

34. Defendants' misconduct violated Plaintiff's right to be free from unreasonable seizure as guaranteed by the 4th and 14th amendments of the Rhode Island and United States Constitutions

35. Defendants' misconduct directly and proximately caused Plaintiff to suffer injury including shock, extreme emotional distress and humiliation, assault and battery and false imprisonment.


WHEREFORE Plaintiff asks to Honorable Court to award him compensatory damages, punitive damages, and attorney's fees as well as any other relief this Court deems appropriate.


COUNT IV
FALSE ARREST
42 U.S.C.S § 1983
North Smithfield Police Department

36. Plaintiff re-alleges and re-avers paragraphs 1-22 of his complaint as if fully set forth herein.

37. The Town of North Smithfield through its Police Department and Defendant Steven F. Donovan have deprived the Plaintiff of his constitutional rights

38. Defendants' misconduct violated Plaintiff's right to be free from unreasonable seizure as guaranteed by the 4th and 14th amendments of the Rhode Island and United States Constitutions

39. Defendants' misconduct directly and proximately caused Plaintiff to suffer injury including shock, extreme emotional distress and humiliation, assault and battery and false imprisonment.

Case Number: PC-2022-05185
Filed in Providence/Bristol County Superior Court
Submitted: 8/29/2022 3:25 PM
Envelope: 3765358
Reviewer: Andrew D.

Case 1:22-cv-00335-MSM-LDA    Document 5    Filed 09/13/22    Page 33 of 33 PageID #: 54

WHEREFORE Plaintiff asks to Honorable Court to award him compensatory damages, punitive damages, and attorney's fees as well as any other relief this Court deems appropriate.

Plaintiff
Robert Lepage
By His Attorney,

**Petrarca & Petrarca Law Office**

_____/s/ Peter J. Petrarca_____
Peter J. Petrarca, Esquire #6137
330 Silver Spring Street
Providence, RI 02904
Tel: (401) 273-1111
Fax: (401) 621-2225

**DATED: AUGUST 29, 2022**